# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ADRIENNE TURNER,<br><br>   Plaintiff,<br><br>  v.<br><br>UNION SECURITY INSURANCE COMPANY,<br><br>   Defendant. | Case No.: SACV 15-00614-CJC(JEMx)<br><br>JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

Judgment is hereby entered in favor of Plaintiff Adrienne Turner ("Plaintiff") and against Defendant Union Security Insurance Company ("USIC"), in accordance with the terms of the Court's Memorandum of Decision. (Dkt. 29.)

1. USIC is ordered to pay twenty-four months of long-term disability benefit payments, subject to any applicable offsets, including, but not limited to (1) work earnings; (2) California state disability benefits; (3) Social Security disability benefits (estimated or actual); and (4) benefits under workers' compensation law.

2. USIC is ordered to pay interest on the amount above at the U.S. Treasury rate pursuant to 28 U.S.C. § 1961;

3. As Plaintiff is the prevailing party in this litigation, she may apply to the Court for an award of attorney fees and recovery of costs of action. Plaintiff must submit an application for an award of attorney fees and recovery of costs of action, and USIC is provided the opportunity to oppose Plaintiff's application. The award of attorney fees and recovery of costs of action will be part of the same judgment as the benefit award to Plaintiff.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED:   August 30, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE